IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                 CR. No. 10-MJ-1816 RLP

PAUL N. DESANTIS

    Defendant.

## MEMORANDUM OPINION AND ORDER

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing was held on 24 June 2010. I find by clear and convincing evidence the defendant should be released on his own recognizance subject to the conditions set forth in this Court's Order of Release (Docket No. 6) .

### FINDINGS OF FACT

The defendant is 25 years old, born and raised in Albuquerque, New Mexico. In May 2010 he graduated from the University of New Mexico Pharmacy School and has been employed as a pharmacy intern. He has owned his own home since 2006 and pays a mortgage of $600.00 per month. The defendant has multiple family ties in New Mexico. The defendant has no criminal record.

### CONCLUSIONS OF LAW

Having considered the above facts concerning the defendant's character, family ties, employment, financial resources, length of residence in the community, absence of a criminal record and the allegations of the criminal complaint and the weight of the evidence, I find the defendant has rebutted the presumption of detention as set forth in 18 U.S.C. §3142(e). The conditions imposed on the defendant in this court's Release Order will adequately assure the defendant's

appearance for future court dates and protect the community.

**IT IS THEREFORE ORDERED** that the defendant be released on his own recognizance subject to the conditions set forth in this court's Release Order (Docket No. 6).

**IT IS SO ORDERED**.

_____
Richard L. Puglisi
Chief United States Magistrate Judge